IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-09-244 |
| ANTHONY RAY WILLIAMS | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 17). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 14, 2009 |
| Responses are to be filed by: | September 25, 2009 |
| Pretrial conference is reset to**:** | **September 29, 2009, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 5, 2009, at 9:00 a.m.** |

SIGNED on August 13, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge